PER CURIAM.
Affirmed. See Perera Co., Inc. v. Varig Brazilian Airlines, Inc., 775 F.2d 21 (2d Cir.1985); North American Phillips Corporation v. Emery Air Freight Corporation, 579 F.2d 229 (2d Cir.1978); Tishman & Lipp, Inc. v. Delta Air Lines, 413 F.2d 1401 (2d Cir.1969); Blair v. Delta Air Lines, Inc., 344 F.Supp. 360 (S.D.Fla.1972); Progress Jewelry Co. v. Northwest Orient Airlines, Inc., 300 F.Supp. 335 (S.D.N.Y. 1969).